ACCEPTED
15-25-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 10:32 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00083-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 10:32:47 AM
CHRISTOPHER A. PRINE
Clerk

DR. ROBERT TAFEL, *et al.*

V.

D.S.L.

## REPLY IN SUPPORT OF MOTION TO ABATE APPEAL PENDING RESOLUTION OF RELATED ACTION

Appellants Dr. Robert Tafel, *et al.* asked this Court to abate this appeal pending resolution of a related mandamus action pending before the Supreme Court of Texas. The related mandamus is No. 24-1062, *In re Dr. Robert Tafel*. If the Supreme Court grants mandamus relief, it would moot this interlocutory appeal, which can then be dismissed. Abatement therefore would serve efficiency by avoiding briefing and submission of this appeal that may ultimately be unnecessary.

Appellee Lauren Ludlow, executrix of the Estate of Scott Ludlow (the "Executrix") does not dispute the relation between this appeal and the mandamus action. Nor does she dispute that this appeal will be rendered moot if the Supreme Court grants mandamus relief. Instead, she urges the Court to deny abatement on the grounds that neither this appeal nor the related mandamus action have merit, so

4913-0245-4609

abatement pending resolution of the "speculative mandamus" simply delays the inevitable. Response p.2. Appellants disagree with that characterization, but to the point, the purpose of abatement would be to avoid having to brief and decide the merits of this appeal at all if the Supreme Court grants mandamus relief. Appellants seek abatement for purposes of efficiency, and the Executrix does not address that issue in her response in any way.

Regarding whether the related mandamus proceeding is "speculative," Appellants note that the Supreme Court called for briefs on the merits, indicating that the Court believes it presents bona fide issues warranting further study. Moreover, the State has appeared in the mandamus action and filed its own brief on the merits, indicating that the State believes the mandamus action presents issues important to the jurisprudence.

Nor will abatement result in indefinitely delay. Briefing on the merits will be complete in July. It is therefore likely that the Supreme Court will make a decision in the fall, either (1) denying the mandamus petition; (2) setting the petition for oral argument; or (3) issuing an opinion addressing the merits of the petition. Thus, within just a few months the parties and this Court will have some indication of the potential impact the mandamus action will have on this appeal. Appellant would, of course, keep the Court apprised of the status of the mandamus action.

Appellants therefore pray that this Court abate this appeal pending resolution of the related mandamus action. In the alternative, if the Court denies abatement, Appellants pray that the Court grant them an extension of time to file their Brief of Appellants until 15 days after the order denying abatement.

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
Phone: (512) 495-6300
Fax: (512) 495-6399


By: _____
      Jane Webre
      State Bar No. 21050060
      jwebre@scottdoug.com


CRAIG D. CHERRY
Bar No. 24012419
ccherry@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

CHRISTOPHER S. AYRES,
Bar No. 24036167
csayres@ayreslawoffice.com
R. JACK AYRES, JR.
Bar No. 01473000
rjayres@ayreslawoffice.com
AYRES LAW OFFICE, P.C.
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
972-991-2222 – Phone
972-386-0091 – Fax

CHRIS DAVIS
State Bar No. 24050483
cdavis@grayreed.com
GRAY REED
1601 Elm Street, Suite 4600
Dallas, TX 75201
(214) 954-4135—Phone

**Counsel for Appellants**

## CERTIFICATE OF SERVICE

I certify that I served this pleading through the electronic filing system on counsel of record on June 27, 2025.

_____
Jane Webre

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 102516350
Filing Code Description: Response
Filing Description: Reply in Support of Motion to Abate Appeal Pending Resolution of Related Action
Status as of 6/27/2025 11:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 6/27/2025 10:32:47 AM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 6/27/2025 10:32:47 AM | SENT |
| Luis Garcia | | lgarcia@scottdoug.com | 6/27/2025 10:32:47 AM | SENT |
| Christopher Davis | 24050483 | cdavis@grayreed.com | 6/27/2025 10:32:47 AM | SENT |
| Andrew Sommerman | 18842150 | andrew@textrial.com | 6/27/2025 10:32:47 AM | SENT |
| Jerry Alexander | 993500 | alexanderj@passmanjones.com | 6/27/2025 10:32:47 AM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 6/27/2025 10:32:47 AM | SENT |
| Sean McCaffity | 24013122 | smccaffity@textrial.com | 6/27/2025 10:32:47 AM | SENT |
| Christopher Ayres | 24036167 | csayres@ayreslawoffice.com | 6/27/2025 10:32:47 AM | SENT |
| Rowe Ayres | 1473000 | rjayres@ayreslawoffice.com | 6/27/2025 10:32:47 AM | SENT |
| George Quesada | 16427750 | quesada@textrial.com | 6/27/2025 10:32:47 AM | SENT |
| D. HunterPolvi | | polvih@passmanjones.com | 6/27/2025 10:32:47 AM | SENT |